| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 19 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

RELEVANT GROUP, LLC, a Delaware limited liability company; et al.,

   Plaintiffs-Appellants,

 v.

STEPHEN NOURMAND, AKA Saeed Nourmand an individual; et al.,

   Defendants-Appellees.

No. 23-55574

D.C. No. 2:19-cv-05019-PSG-KS
Central District of California, Los Angeles

ORDER

The Motion of the State Building and Construction Trades Council and other groups for Leave to File an Amicus Brief (Dkt. No. 43) is **GRANTED.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT